**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Arnoldo MORFIN–ARIAS,
Defendant–Appellant.**

**No. 12–10593.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 18, 2013.

Owen Peter Martikan, Assistant U.S., Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Mary E. Pougiales, Counsel, Pougiales Law Offices, Novato, CA, for Defendant–Appellant.

Arnoldo Morfin–Arias, pro se.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

MEMORANDUM **

Arnoldo Morfin–Arias appeals from the district court's judgment and challenges his guilty-plea conviction and 24–month sentence for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Morfin–Arias's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Morfin–Arias the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Morfin–Arias has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.